# Cuti Hecker Wang llp

305 Broadway, Suite 607
New York, NY 10007

Mariann Meier Wang
212.620.2603 tel

mwang@chwllp.com

October 22, 2021

**By ECF**

The Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Perez v. City of New York et al.*, 21 Civ. 2250 (FB) (MMH)

Dear Judge Henry:

    This firm represents the Plaintiff in this case, Detective Stephanie Perez. We write to inform the Court that Plaintiff and the City of New York have come to an agreement in principle to settle the case. We are working on finalizing that paperwork and intend to submit it within 30 days if not sooner. Because Plaintiff and the City have reached a settlement, the City does not intend to appear at the settlement conference scheduled for Monday, October 25, 2021 at 2:00 p.m.

    Respectfully submitted,

    Mariann Wang

cc:  All Counsel (by ECF)