IN THE UNITED STATES COURT DISTRICT
COURT FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

STEPHANIE PEREZ,

                                      Plaintiff,    STIPULATION OF DISCONTINUANCE <u>WITH PREJUDICE</u>

-against-

THE CITY OF NEW YORK and JOSEPH KOSEK    No. 21-cv-2250 (FB)(MMH)

                                    Defendants.
-------------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that the above-referenced action is hereby discontinued with prejudice, without costs or fees to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
November 10, 2021

**CUTI HECKER WANG**
Mariann Wang
Attorney for Plaintiff
305 Broadway, Suite 607
New York, NY 10007
(212)620-2600

By: _____*Mariann Wang*_____
      Mariann Wang

**GEORGIA M. PESTANA**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-117
New York, New York 10007
(646)285-3994

By: _____
Lora Minicucci
Assistant Corporation Counsel

**THE QUINN LAW FIRM, P.L.L.C.**
Matthew K. Schieffer
Attorneys for Defendant Joseph Kosek
399 Knollwood Road, Suite 220
White Plains, New York 10603

By: _____
Matthew K. Scheiffer

SO ORDERED:

/S/ Frederic Block                          12-2-2021
Frederick Block
United States District Judge               Date